WHEN RECORDED MAIL TO:

D. SCOTT CARRUTHERS (SBN#68745)
LAW OFFICES OF D. SCOTT CARRUTHERS
8448 KATELLA AVE
STANTON, CA 90680

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

NATIONWIDE JUDGMENT RECOVERY INC

PLAINTIFF(S),

v.

TODD DISNER et al

DEFENDANT(S).

CASE NUMBER:

CV 5:20-mc-00047

**ABSTRACT OF JUDGMENT/ORDER**

I certify that in the above-entitled action and Court, Judgment/Order was entered on NOVEMBER 04, 2020 in favor of NATIONWIDE JUDGMENT RECOVERY INC
whose address is 8452 KATELLA AVE STANTON, CA 90680
and against PEREZ JOSE LUIS MEER
whose last known address is 39632 BREEZY MEADOW ST MURRIETA, CA 92563
for $ 17,284.58    Principal, $ 620.21    Interest, $ 0.00    Costs,
and $ 0.00    Attorney Fees.

ATTESTED this   13   day of   July   , 20 21 .
Judgment debtor's driver's license no. and state;                                (last 4 digits) ☑ Unknown.
Judgment debtor's Social Security number;           8517           (last 4 digits) ☐ Unknown.
☑ No stay of enforcement ordered by Court
☐ Stay of enforcement ordered by Court, stay date ends _____

Judgment debtor's attorney's name and address and/or
address at which summons was served:

PEREZ JOSE LUIS MEER

39632 BREEZY MEADOW ST

MURRIETA, CA 92563

CLERK, U.S. DISTRICT COURT

By _____
Deputy Clerk
REBECA OLMOS



NOTE: JUDGMENTS REGISTERED UNDER 28 U.S.C. §1963 BEAR THE RATE OF INTEREST OF THE DISTRICT OF ORIGIN AND CALCULATED AS OF THE DATE OF ENTRY IN THAT DISTRICT.

G-18 (03/12)                    ABSTRACT OF JUDGMENT/ORDER